**MARCUS S. BOURASSA**
California State Bar No. 316125
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marcus_Bourassa@fd.org

Attorneys for Defendant
ENCINIAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 17MJ4413 |
| Plaintiff, | Hon. Jill L. Burhardt<br>Courtroom 5C |
| v. | |
| GABRIEL ERNEST ENCINIAS, | NOTICE OF APPEAL OF MAGISTRATE DECISION TO THE DISTRICT COURT |
| Defendant. | |

Defendant, the person charged as Gabriel Ernest Encinias, by and through his attorney, Marcus S. Bourassa and Federal Defenders of San Diego, Inc., hereby files this Notice of Appeal of the stay order entered on November 28, 2017, by the Honorable Jill L. Burkhardt. *See* Dkt. 10. This appeal is made to the District Court Pursuant to Local Criminal Rule 46.1(d).

Respectfully submitted,

Dated: November 29, 2017    *s/ Marcus S. Bourassa*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
ENCINIAS
Email: Marcus_Bourassa@fd.org

1

**CERTIFICATE OF SERVICE**

2   Counsel for the Defendant certifies that the foregoing pleading has been
3   electronically served on the following parties by virtue of their registration with the
4   CM/ECF system:

5

6   **U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

7
                                     Respectfully submitted,
8

9
Dated:  November 29, 2017          *s/ Marcus S. Bourassa*
10                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
11                                  ENCINIAS
                                    Email:  Marcus_Bourassa@fd.org
12