# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>GABRIEL ERNEST ENCINIAS,<br><br>　　　　　　　　　Defendant. | CASE NO. 17-MJ-4413-JLB-WQH<br><br>ORDER |

The matters pending before the Court are the Notice of Appeal of the Magistrate decision (ECF No. 11); and the Motion for order lifting the stay of order setting conditions of release (ECF No. 13) filed by Defendant.

## BACKGROUND FACTS

On October 24, 2017, a federal grand jury sitting in Albuquerque, New Mexico returned an Indictment charging Defendant with distribution of marijuana and methamphetamine in violation of 21 U.S.C. §§ 841(a)(1).

On November 18, 2017, Defendant was arrested in the Southern District of California on the outstanding grand jury warrant from the District of New Mexico as he attempted to reenter the United States from Mexico.

On November 20, 2017, Defendant appeared before United States Magistrate Judge Burkhardt for initial appearance.

On November 22, 2017, Defendant appeared before United States Magistrate Judge Burkhardt for a detention hearing. The Magistrate Judge entered an order for

1 release upon posting a $25,000 personal appearance bond secured by two financially
2 responsible adults and a 10% cash deposit.

On November 28, 2017, upon the motion of the Government, the Magistrate Judge stayed the release order in order to allow the Government to seek review of the release order in the District of New Mexico.

On November 29, 2017, Defendant filed the appeal of the stay order entered by the Magistrate Judge.

**CONTENTIONS OF THE PARTIES**

Defendant contends that the stay issued by the Magistrate Judge violates the Bail Reform Act. Defendant contends that the Government is entitled to seek a review of the release order in the district where the indictment issued, but asserts that the Magistrate Judge has no authority to issue a stay while the Government seeks review of the release order in the district where the indictment issued. Defendant further asserts that the stay was not proper because the Government has not shown that it is likely to prevail in the District of New Mexico.

The Government contends that an appeal of the order of release is proper in the District of Mexico and not in the Southern District of California. The Government asserts that the Magistrate Judge has the inherent authority to stay its release order pending review in the proper district court.

**RULING OF THE COURT**

18 U.S.C. § 3145 states in relevant part:

(a) Review of a release order.--If a person is ordered released by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court–

(1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release; and

(2) the person may file, with the court having original jurisdiction over the offense, a motion for amendment of the conditions of release.

The motion shall be determined promptly.

18 U.S.C. § 3145 (a). This Court concludes that the Magistrate Judge has the inherent authority to stay its release order in order to allow the Government to seek review in the District of New Mexico. *See Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket . . . ."). Pursuant to 18 U.S.C. § 3145 (a), the Government is entitled to seek review of the release order in the District of New Mexico. The Magistrate Judge had the authority and the obligation to determine whether a stay of the release order should be granted in order to allow the Government to proceed under 18 U.S.C. § 3145 (a) in the District of New Mexico. The Magistrate Judge determined that a stay was appropriate. Assuming that this Court has the authority to review this decision, this Court affirms the order granting the stay.

IT IS HEREBY ORDERED that the Notice of Appeal of the Magistrate decision (ECF No. 11) is denied; and the Motion for order lifting the stay of order setting conditions of release (ECF No. 13 ) is denied.

DATED: December 13, 2017

**WILLIAM Q. HAYES**
United States District Judge